December 15, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, TEXAS,
Appellant

NO. 14-10-00708-CV                    V.

ZACHRY CONSTRUCTION CORPORATION
N/K/A ZACHRY INDUSTRIAL, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Zachry Construction Corporation n/k/a/ Zachry Industrial, Inc., signed April 28, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, the Port of Houston Authority of Harris County, Texas, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.